# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| **DOUGLAS J. CONDIDORIO, Debtor,** ) | |
| ) | |
| _____ ) | |
| ) | |
| **DOUGLAS J. CONDIDORIO,** ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | No. 3:10-0441 |
| ) | Adv. Proc. No. 3:09-ap-0126 |
| **REGIONS BANK,** ) | Judge Campbell |
| ) | |
| Appellee, ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court hereby rules as follows:

(1) The Report and Recommendation of the Magistrate Judge (Docket No. 8) is ACCEPTED and APPROVED;

(2) Debtor/Appellant Douglas J. Condidorio's Objections to the Report and Recommendation (Docket No. 10) are OVERRULED; and

(3) The Order of the Bankruptcy Court granting judgment in favor of Regions Bank and excepting that judgment from discharge pursuant to 11 U.S.C. § 523(a)(2)(B) is AFFIRMED.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is SO ORDERED.

_____
Todd J. Campbell
United States District Judge