UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE (NASHVILLE DIVISION)

| | |
|---|---|
| In Re: )<br>DOUGLAS J. CONDIDORIO, Debtor, )<br>)<br>-------------------------------------------------------------<br>)<br>DOUGLAS J. CONDIDORIO, Appellant )<br>)<br>v. )<br>)<br>REGIONS BANK, Appellee )<br>)<br>------------------------------------------------------------- | Case No. 3:10-cv-0441<br>Judge Campbell<br>Magistrate Bryant<br><br>Pending Sixth Circuit<br>Appeal No. 11-5489 |

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

Upon the joint motion of the parties pursuant to Rules 60(b) and 62.1 of the Federal Rules of Civil Procedure, and it appearing to the Court, as evidenced by the signatures of counsel for the parties, that the parties have agreed subject to the terms of the confidential settlement agreement between the parties, that this case and any appeals therefrom shall be dismissed with prejudice.

IT IS ORDERED that the joint motion is granted and this case, together with the underlying adversary proceeding and any appeals therefrom, is hereby dismissed with prejudice; and it is

FURTHER ORDERED the findings, rulings and judgments in this case are hereby vacated, with all findings, rulings and judgments in this case being of no precedential or binding effect. Without limiting the foregoing, the following findings, rulings and judgments are subject to the preceding sentence: (i) the Bankruptcy Court Opinion orally issued on March 24, 2010, (ii) the Judgment entered by the Bankruptcy Court on April 1, 2010 at Docket Entry No. 19 in the underlying adversary proceeding, (iii) the Magistrate's Report and Recommendation entered

on February 23, 2011 at Docket Entry No. 8, (iv) this Court's Opinion issued on March 28, 2011 at Docket Entry No. 17, (v) this Court's Order entered on March 28, 2011 at Docket Entry No. 18, (vi) this Court's Judgment entered on March 28, 2011 at Docket Entry No. 19, (vii) the Bankruptcy Court's Order issued on June 13, 2011 at Docket Entry No. 53 in the underlying adversary proceeding, and (viii) the Bankruptcy Court's Opinion entered on June 13, 2011 at Docket Entry No. 54 in the underlying adversary proceeding; and it is

FURTHER ORDERED that costs are assessed against the Debtor as set forth in the confidential settlement agreement between the parties; and it is

FURTHER ORDERED that the Debtor shall file notice of this order in the underlying adversary proceeding.

_____
Todd J. Campbell
UNITED STATES DISTRICT JUDGE


APPROVED FOR ENTRY BY:

/s/ Robert J. Welhoelter	/s/ W. Neal McBrayer
Robert J. Welhoelter (TN BPR #24203)	W. Neal McBrayer
320 31st Avenue North, Suite A	nmcbrayer@millermartin.com
Nashville, Tennessee 37203	Sean Charles Kirk
Telephone: (615) 760-5871	skirk@millermartin.com
Facsimile: (615) 760-5873	Miller & Martin PLLC
rjwelho@gmail.com	1200 One Nashville Place
	150 Fourth Avenue North
*Attorney for Debtor*	Nashville, TN 37219
	615-244-9270 – Telephone
	615-256-8197 - Facsimile

	*Attorneys for Regions Bank*